Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Tel.:    (310) 595-9662
Fax:    (310) 595-9501

Angela C. Zambrano (*Pro hac vice pending*)
Angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave, Suite 2000
Dallas, TX 75201
Tel.:    (214) 981-3300
Fax:    (214) 981-3400

*Attorneys for Defendant*
*Dave & Buster's Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KENT and MARIA SALINAS, individuals, on behalf of themselves, the general public, and those similarly situated, | Case No. 3:25-CV-08937-TSH |
| Plaintiff, | **ANSWER TO CLASS ACTION COMPLAINT** |
| v. | Complaint Filed: October 17, 2025 |
| DAVE & BUSTER'S ENTERTAINMENT, INC., | |
| Defendant. | |

1         Defendant Dave & Buster's Entertainment, Inc. ("DBE") hereby submits this

2    Answer and Affirmative Defenses to the Class Action Complaint ("Complaint") filed

3    by Plaintiffs Jeffrey Kent and Maria Salinas ("Plaintiffs"). Defendant states as

4    follows:

5         **RESPONSE TO UNNUMBERED INTRODUCTORY PARAGRAPH[1]**

6         This paragraph does not contain factual allegations requiring a response. To

7    the extent it does, denied.

8         **RESPONSES TO NUMBERED ALLEGATIONS**

9         1.     Defendant admits that Plaintiffs purport to bring a class action lawsuit

10   by way of their Complaint and that Defendant operates the website located at

11   [www.daveandbusters.com](http://www.daveandbusters.com) (the "Website"). Defendant admits visitors to the Website

12   will often be presented with a popup banner pertaining to the Website's use of

13   cookies. Defendant lacks sufficient knowledge or information to form a belief

14   concerning the other allegations pertaining to popup banners because the contents of

15   the Website and its popup banners changes over time and, on that basis, Defendant

16   denies such other allegations in this paragraph, including those implied by the image

17   contained therein. To the extent any remaining allegations in this paragraph are not

18   expressly admitted, they are denied.

19        2.     Defendant admits that visitors to the Website will often be presented

20   with a popup banner pertaining to the Website's use of cookies. Defendant denies the

21   allegations in the third and fourth sentences pertaining to "outright lies,"

22   "surreptitious" behavior, and designs to "lull users into a false sense of security."

23   Defendant otherwise lacks sufficient knowledge or information to admit or deny the

24   remaining allegations and, on that basis, denies them.

25        3.     Defendant lacks sufficient knowledge or information to admit or deny

26   the allegations of this paragraph and, on that basis, denies them.

27

28   ---

[1] To the extent the headings, footnotes, and figures in the Complaint contain factual allegations requiring a response, Defendant denies each of them.

1    4.    Defendant lacks sufficient knowledge or information to admit or deny
2    the remaining allegations in this paragraph and, on that basis, denies them.

3    5.    Defendant denies that it made any false representations to Website
4    users, and thus denies the allegations in the second sentence of this paragraph.
5    Defendant denies that it violated any state statutes or any legal duties owed to
6    Plaintiffs or similarly situated persons, and thus denies the allegations in the final
7    sentence of this paragraph. Defendant otherwise lacks sufficient knowledge or
8    information to admit or deny the remaining allegations of this paragraph and, on that
9    basis, denies them.

10    6.    Defendant lacks sufficient knowledge or information to admit or deny
11    the allegations of this paragraph and, on that basis, denies them.

12    7.    Defendant lacks sufficient knowledge or information to admit or deny
13    the allegations of this paragraph and, on that basis, denies them.

14    8.    Defendant denies the allegations in this paragraph, except as follows:
15    Defendant admits that it is a Delaware corporation with its headquarters and principal
16    place of business in Dallas, Texas; that it is the owner and operator of various venues
17    in many states; and that Dave & Buster's, Inc. is an affiliate of Defendant.

18    9.    This paragraph contains legal conclusions that do not require a response.
19    To the extent this paragraph contains factual allegations that require a response,
20    Defendant lacks sufficient knowledge or information to admit or deny such
21    allegations and, on that basis, denies them.

22    10.    This paragraph contains legal conclusions that do not require a response.
23    To the extent this paragraph contains factual allegations that require a response,
24    Defendant lacks sufficient knowledge or information to admit or deny such
25    allegations of this paragraph and, on that basis, denies them.

26    11.    This paragraph contains legal conclusions that do not require a response.
27    To the extent this paragraph contains factual allegations that require a response,

28

1   Defendant lacks sufficient knowledge or information to admit or deny such
2   allegations of this paragraph and, on that basis, denies them.

3       12.     This paragraph contains legal conclusions that do not require a response.
4   To the extent this paragraph contains factual allegations that require a response,
5   Defendant lacks sufficient knowledge or information to admit or deny such
6   allegations of this paragraph and, on that basis, denies them.

7       13.     This paragraph contains legal conclusions that do not require a response.
8   To the extent there are allegations that require a response, Defendant denies them.

9       14.     This paragraph contains legal conclusions that do not require a response;
10  to the extent a response is required, denied. Defendant otherwise lacks sufficient
11  knowledge or information to admit or deny the remaining allegations of this
12  paragraph and, on that basis, denies them.

13      15.     Defendant lacks the knowledge or information necessary to admit or
14  deny the allegations in this paragraph and, on that basis, denies them.

15      16.     Defendant denies the allegations in this paragraph, except as follows:
16  Defendant admits the Website contains Terms and Conditions that include an
17  arbitration provision requiring disputes arising from the Terms and Conditions to be
18  resolved by arbitration administered by the American Arbitration Association.

19      17.     Defendant admits that Plaintiff Salinas filed a demand for arbitration in
20  San Francisco with AAA against Defendant. This paragraph does not contain further
21  factual allegations that require a response; to the extent a response is required, denied.
22  Defendant states that the referenced arbitration demand speaks for itself.

23      18.     Defendant denies the allegations in this paragraph except as follows:
24  Defendant admits that it received the letter attached as Exhibit A to the complaint.

25      19.     Defendant denies that circumstances warrant tolling of the various
26  statutes of limitations for Plaintiffs' claims, and denies that it made any
27  misrepresentations to Plaintiffs, intentional or otherwise. Defendant lacks sufficient
28

knowledge or information to admit or deny the remaining allegations of this paragraph and, on that basis, denies them.

20. Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

21. Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

22. Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

23. Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

24. Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

25. Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

26. Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

27. Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

28. Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

29. Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them, except as follows: Defendant admits it is the owner and operator of many venues that offer guests the opportunity to eat, drink, play in a video arcade, and watch live sports and other television broadcasts in a single location ("Stores"); Defendant admits that the Website contains information about such Stores and allows guests to order food and reserve tables.

30.     Defendant admits that visitors to the Website will often be presented with a popup banner pertaining to the Website's use of cookies. Defendant otherwise lacks sufficient knowledge or information to admit or deny the remaining allegations of this paragraph and, on that basis, denies them.

31.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph, and its corresponding footnote, because the contents of the Website changes over time and, on that basis, denies the allegations in this paragraph, except as follows: Defendant admits the Website contains a privacy policy page that contains much of the language in this paragraph.

32.     Defendant admits that visitors to the Website may be presented with a popup banner pertaining to the Website's use of cookies. Defendant lacks sufficient knowledge or information to form a belief concerning the remaining allegations pertaining to popup banners because the contents of the Website and its popup banners changes over time and, on that basis, Defendant denies such remaining allegations, including those implied by the image contained therein, in this paragraph. To the extent any remaining allegations in this paragraph are not expressly admitted, they are denied.

33.     Defendant admits that visitors to the Website will often be presented with a popup banner pertaining to the Website's use of cookies. Defendant lacks sufficient knowledge or information to form a belief concerning the image in this paragraph, such as when it was taken, and because the contents of the Website and its popup banners changes over time and, on those bases, Defendant denies such allegations, including those implied by the image contained therein, in this paragraph.

34.     Defendant lacks sufficient knowledge or information to admit or deny allegations concerning the user interface underlying popup banners because those things change over time and, on that basis, Defendant denies such allegations in this paragraph. Defendant denies the remaining allegations in this paragraph.

35.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

36.     Defendant denies the allegations in the first sentence of this paragraph concerning false representations. Defendant denies the allegations in the third sentence of this paragraph that concern "notice" associated with selecting "Reject All." Defendant otherwise lacks sufficient knowledge or information to admit or deny the remaining allegations of this paragraph and, on that basis, denies them.

37.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

38.     Defendant lacks sufficient knowledge or information to form a belief about allegations concerning the phrase "specialized tools," which is undefined and, on that basis, denies them. Defendant lacks sufficient knowledge or information to form a belief about the image in this paragraph because the contents of the Website changes over time and, on that basis, denies them. Defendant denies all remaining allegations in this paragraph.

39.     Defendant lacks sufficient knowledge or information about the software and technology underlying "Chrome Developer Tools" to admit or deny the allegations concerning that phrase in this paragraph and, on that basis, denies them. Defendant denies all remaining allegations in this paragraph.

40.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

41.     Defendant denies the allegation in the second sentence of this paragraph that it acted wrongfully. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations of this paragraph and, on that basis, denies them.

42.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

43.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnote and, on that basis, denies them.

44.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph, including those implied by the image contained therein, and, on that basis, denies them.

45.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

46.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

47.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

48.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

49.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

50.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph, including those implied by the image contained therein, and, on that basis, denies them.

51.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

52.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnotes and, on that basis, denies them.

53.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnote and, on that basis, denies them.

54.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

55.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

56.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

57.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnotes and, on that basis, denies them.

58.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnote and, on that basis, denies them.

59.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnotes and, on that basis, denies them.

60.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnote and, on that basis, denies them.

61.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph, including those implied by the image contained therein, and, on that basis, denies them.

62.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

63.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

64.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

65.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph, including those implied by the image contained therein, and, on that basis, denies them.

66.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnote and, on that basis, denies them.

67.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

68.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

69.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

70.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnote and, on that basis, denies them.

71.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnote and, on that basis, denies them.

72.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnotes and, on that basis, denies them.

73.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnote and, on that basis, denies them.

74.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnote and, on that basis, denies them.

75.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph, including those implied by the image contained therein, and, on that basis, denies them.

76.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnote and, on that basis, denies them.

77.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

78.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

79.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

80.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph, including those implied by the image contained therein, and, on that basis, denies them.

81.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnote and, on that basis, denies them.

82.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnote and, on that basis, denies them.

83.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph, including those implied by the image contained therein, and, on that basis, denies them.

84.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

85.     Defendant lacks sufficient knowledge or information to admit or deny

the allegations of this paragraph and, on that basis, denies them.

86. Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnote and, on that basis, denies them.

87. Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnote and, on that basis, denies them.

88. Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnotes and, on that basis, denies them.

89. Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnotes and, on that basis, denies them.

90. Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnote and, on that basis, denies them.

91. Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnote and, on that basis, denies them.

92. Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

93. Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnotes and, on that basis, denies them.

94. Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph, including those implied by the image contained therein, and, on that basis, denies them.

95.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnote and, on that basis, denies them.

96.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnote and, on that basis, denies them.

97.     Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

98.     Defendant denies the allegations in the first sentence of this paragraph. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations of this paragraph and, on that basis, denies them.

99.      Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

100.   Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

101.   Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and its corresponding footnote and, on that basis, denies them. Defendant states that the law review article quoted in this paragraph speaks for itself.

102.   Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

103.   Defendant denies the allegations pertaining to "false representations" and unjust enrichment in this paragraph. Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

104.   Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

105.   Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

106.   Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

107.   Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

108.   Defendant denies the allegations in the first sentence of this paragraph that concern "notice" associated with selecting "Reject All." Defendant otherwise lacks sufficient knowledge or information to admit or deny the remaining allegations of this paragraph and, on that basis, denies them.

109.   Defendant denies the allegations in the second and third sentences of this paragraph pertaining to "false" representations that "made" Plaintiff Kent adopt certain beliefs. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations of this paragraph and, on that basis, denies them.

110.   Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

111.   Defendant denies the allegations in the first sentence of this paragraph concerning "untrue" representations. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations of this paragraph and, on that basis, denies them.

112.   Defendant denies the implied allegations in the second sentence of this paragraph concerning misrepresentations. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations of this paragraph and, on that basis, denies them.

113.   Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

114.   Defendant lacks sufficient knowledge or information to admit or deny

the allegations of this paragraph and, on that basis, denies them.

115. Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

116. Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

117. Defendant denies the allegations in the first sentence of this paragraph pertaining to notice. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations of this paragraph and, on that basis, denies them.

118. Defendant denies the allegations in the second and third sentences of this paragraph pertaining to "false" representations that "made" Plaintiff Salinas adopt certain beliefs. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations of this paragraph and, on that basis, denies them.

119. Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

120. Defendant denies the allegations in the first sentence of this paragraph concerning "untrue" representations. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations of this paragraph and, on that basis, denies them.

121. Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

122. Defendant denies the allegations in this paragraph, except as follows: Plaintiffs purport to bring this action as a class action lawsuit; Plaintiffs purport to define the class as "All persons who browsed the Website in the State of California after clicking or selecting the 'Reject All' button in the popup cookies consent banner."

123. This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a

response, Defendant denies the allegations.

124. This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations of this paragraph and, on that basis, denies them.

125. Defendant denies any "unlawful conduct." The remaining allegations in this paragraph are legal conclusions to which no response is required. To the extent such allegations are factual and require a response, Defendant denies them.

126. This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations.

127. This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations.

128. This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations.

129. This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations.

130. Commensurate with this paragraph, Defendant incorporates the paragraphs of this Answer as if set forth herein.

131. This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations.

132. Defendant denies that it has "intruded upon" "legally protected privacy"

interests in any way. The remaining allegations in this paragraph are legal conclusions to which no response is required. To the extent such allegations are factual and require a response, Defendant denies them. Defendant also states that the cited statutes speaks for themselves.

133. This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations.

134. This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations. Defendant also states that the cited statute speaks for itself.

135. Defendant denies that it violated "without consent" any "reasonable expectation[s] of privacy" in any way. This paragraph includes legal conclusions to which no response is required. To the extent such allegations are factual and require a response, Defendant denies them. Defendant also states that the cited statutes speaks for themselves. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations of this paragraph and, on that basis, denies them.

136. Defendant denies that its "actions constituted a serious invasion of privacy" or "an egregious breach of social norms" in any way. The remaining allegations in this paragraph are legal conclusions and do not require a response. To the extent such allegations are factual and require a response, Defendant denies them.

137. Defendant denies that it intruded into "Plaintiffs' and Class members' privacy" in any way. This paragraph includes legal conclusions to which no response is required. To the extent such allegations are factual and require a response, Defendant denies them.

138. Denied.

139. Defendant denies that Plaintiffs have been damaged or are entitled to

the monetary relief sought in this paragraph. This paragraph does not otherwise contain allegations that require a response. To the extent a further response is required, denied.

140. Defendant denies that Plaintiffs are entitled to any of the relief sought in this paragraph. This paragraph does not otherwise contain allegations that require a response. To the extent a further response is required, denied.

141. Defendant denies that Plaintiffs are entitled to punitive damages. Defendant denies the allegations in this paragraph pertaining to "malicious, oppressive, willful" actions "calculated to injury Plaintiffs and Class members." This paragraph does not otherwise contain allegations that require a response. To the extent a further response is required, denied.

142. Commensurate with this paragraph, Defendant incorporates the paragraphs of this Answer as if set forth herein.

143. This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations.

144. Defendant denies that it "intentionally intruded upon the solitude or seclusion of Website users" in any way. The remaining allegations in this paragraph are legal conclusions to which no response is required. To the extent such allegations are factual and require a response, Defendant denies such allegations.

145. This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations.

146. This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations.

147. Defendant denies the allegations in the first sentence of this paragraph

that it intentionally intruded "into Plaintiffs' and other users' Private Communications" or that its actions could be characterized as "highly offensive." This paragraph includes legal conclusions to which no response is required; to the extent a response is required, denied. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations of this paragraph and, on that basis, denies them.

148. This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations.

149. Defendant denies that Plaintiffs have been damaged or that they are entitled to any monetary sought in this paragraph. This paragraph does not otherwise contain allegations that require a response. To the extent a further response is required, denied.

150. Defendant denies that Plaintiffs are entitled to any of the relief sought in this paragraph. This paragraph does not otherwise contain allegations that require a response. To the extent a further response is required, denied.

151. Defendant denies that Plaintiffs are entitled to punitive damages. Defendant denies the allegations in this paragraph pertaining to "malicious, oppressive, willful" actions "calculated to injury Plaintiffs and Class members." This paragraph does not otherwise contain allegations that require a response. To the extent a further response is required, denied.

152. Commensurate with this paragraph, Defendant incorporates the paragraphs of this Answer as if set forth herein.

153. There are no allegations in this paragraph that require a response; to the extent a response is required, denied. Defendant also states that the statute in this paragraph speaks for itself.

154. There are no allegations in this paragraph that require a response; to the

extent a response is required, denied. Defendant states that the case referenced in this paragraph speaks for itself.

155.    There are no allegations in this paragraph that require a response; to the extent a response is required, denied. Defendant states that the case referenced in this paragraph speaks for itself.

156.    This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations. Defendant also states that the cases and statutes referenced in this paragraph speak for themselves.

157.    This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations. Defendant also states that the statute in this paragraph speaks for itself.

158.    This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations. Defendant also states that the statute in this paragraph speaks for itself.

159.    This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations. Defendant also states that the statute and cases referenced in this paragraph speak for themselves.

160.    This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations. Defendant also states that the statute referenced in this paragraph speaks for itself.

161.    This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a

response, Defendant denies the allegations. Defendant also states that the cases referenced in this paragraph speak for themselves.

162.  This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations. Defendant also states that the statute referenced in this paragraph speaks for itself.

163.  Defendant denies that it "willfully, aided, agreed with, employed, permitted, or otherwise caused" anyone to "wiretap Plaintiffs and Class members." This paragraph otherwise includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations.

164.  Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

165.  This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations of this paragraph and, on that basis, denies them.

166.  Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

167.  Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

168.  Defendant denies that it engaged in any conduct that constitutes "wiretapping." Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations of this paragraph and, on that basis, denies them.

169.  Defendant denies that Plaintiffs and Class members have suffered any of the losses or damages alleged in this paragraph. There are no other allegations in

this paragraph that require a response; to the extent further response is required, denied.

170.    Defendant denies that Plaintiffs and Class members have been injured in any manner alleged in this paragraph. This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations. Defendant also states that the statutes referenced in this paragraph speak for themselves.

171.    Defendant denies that it has committed, or is committing, any illegal acts whatsoever, and also denies that its conduct puts Plaintiffs, Class members, or anyone in the "general public" at risk of being harmed in any way. Defendant denies that Plaintiffs and Class members are entitled to the injunctive relief requested in this paragraph. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations of this paragraph and, on that basis, denies them.

172.    Commensurate with this paragraph, Defendant incorporates the paragraphs of this Answer as if set forth herein.

173.    There are no allegations in this paragraph that require a response; to the extent a response is required, denied. Defendant states that the statutes in this paragraph,  and the referenced statement of purpose, speak for themselves.

174.    This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations. Defendant also states that the statute referenced in this paragraph speaks for itself.

175.    This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations. Defendant also states that the statute referenced in this paragraph speaks for itself.

176.    This paragraph includes legal conclusions to which no response is

required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations. Defendant also states that the statute referenced in this paragraph speaks for itself.

177. This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations. Defendant also states that the cases referenced in this paragraph speak for themselves.

178. This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations. Defendant also states that the case referenced in this paragraph speaks for itself.

179. Defendant denies that it engaged in any unlawful actions alleged in this paragraph. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations of this paragraph and, on that basis, denies them.

180. Defendant denies that it engaged in any activity or conduct that required obtaining a "court order."

181. Defendant denies that Plaintiffs and Class members have suffered the losses or damages alleged in this paragraph. There are no other allegations in this paragraph that require a response; to the extent further response is required, denied.

182. Defendant denies that Plaintiffs and Class members are entitled to the statutory damages suffered alleged in this paragraph. There are no other allegations in this paragraph that require a response; to the extent further response is required, denied.

183. Commensurate with this paragraph, Defendant incorporates the paragraphs of this Answer as if set forth herein.

184. Denied.

185. Defendant denies that it made any of the misrepresentations alleged in

this paragraph. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations of this paragraph and, on that basis, denies them.

186.    Defendant denies making any of the misrepresentations or omissions, or otherwise engaging in any unlawful conduct alleged in this paragraph. This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant lacks sufficient knowledge or information to admit or deny such allegations and, on that basis, denies them.

187.    Defendant lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and, on that basis, denies them.

188.    Defendant denies that it has engaged in any "unfair, deceptive, and/or unlawful practices." Defendant denies that Plaintiffs and Class members have suffered any injury, loss, or harm alleged in this paragraph. Defendant denies that Plaintiffs and Class members are entitled to any of the relief sought in this paragraph.

189.    Defendant denies that any of its actions caused Plaintiffs or Class members to suffer any of the damages or loss alleged in this paragraph. There are no other allegations in this paragraph that require a response; to the extent further response is required, denied.

190.    Defendant denies that it made any "untrue" representations. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations of this paragraph and, on that basis, denies them.

191.    Defendant denies that it engaged in any of the "fraud, deceit, misrepresentations and/or omissions" alleged in this paragraph. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations of this paragraph and, on that basis, denies them.

192.    Defendant denies that it made any "misrepresentations and omissions." Defendant lacks sufficient knowledge or information to admit or deny the remaining

allegations of this paragraph and, on that basis, denies them.

193. Defendant denies that it made any "misrepresentations and omissions." Defendant denies that Plaintiffs and Class members have suffered any damages, and denies that they are entitled to any compensation or monetary damages. There are no other allegations in this paragraph that require a response; to the extent further response is required, denied.

194. Defendant denies that Plaintiffs are entitled to punitive damages. Defendant denies the allegations in this paragraph pertaining to "malicious, oppressive, willful" actions "calculated to injury Plaintiffs and Class members." This paragraph does not otherwise contain allegations that require a response. To the extent a further response is required, denied.

195. Commensurate with this paragraph, Defendant incorporates the paragraphs of this Answer as if set forth herein.

196. Denied.

197. Denied.

198. Denied.

199. Denied.

200. This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations.

201. Defendant denies that it "retain[s]" any "value of Plaintiffs' and Class members' property and any profits earned thereon." There are no other allegations in this paragraph that require a response; to the extent further response is required, denied.

202. Defendant denies the allegations of unjust enrichment in this paragraph. This paragraph otherwise includes legal conclusions to which no response is required. To the extent there are other allegations that require a response, Defendant

denies such allegations.

203. Defendant denies the allegations of unjust enrichment in this paragraph. Defendant denies that Plaintiffs and Class members are entitled to any restitution alleged in this paragraph. There are no other allegations in this paragraph that require a response; to the extent further response is required, denied.

204. This paragraph includes legal conclusions to which no response is required. To the extent this paragraph contains factual allegations requiring a response, Defendant denies the allegations.

## PLAINTIFFS' PRAYER FOR RELIEF

Defendant denies that Plaintiffs are entitled to any relief. Plaintiffs' prayer for relief does not contain factual allegations requiring a response. To the extent it does, Defendant denies them. To the extent that Defendant has not specifically admitted any allegation herein, it is also denied. Further, Defendant states that it is entitled to any relief that this Court may deem just or appropriate, in equity or at law.

## DEFENDANT'S DEFENSES

Discovery and investigation may reveal that one or more of the following defenses are available to Defendant. Defendant accordingly asserts these defenses. Upon completion of discovery, if the facts warrant, Defendant may withdraw any of these defenses as may be appropriate. By setting forth these defenses, Defendant does not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to Plaintiffs, nor does Defendant admit any of the allegations in the Complaint. Moreover, nothing stated herein is intended or shall be construed as an acknowledgment that any particular issue or subject necessarily is relevant to Plaintiffs' allegations. Defendant has not knowingly or intentionally waived any applicable defenses and further reserves the right to amend its Answer and to assert or rely upon any such other applicable defenses and other claims, as this matter proceeds or as may become available through discovery or otherwise.

1. To the extent Plaintiffs fail to demonstrate that Plaintiffs and every putative class member were injured by any alleged act by Defendant, any finding of liability on a class-wide basis would violate Defendant's rights under the due process clause of the California Constitution, the U.S. Constitution, and any other applicable state constitutions.

2. To the extent Plaintiffs fail to demonstrate that every putative class member sustained cognizable damages as a result of Defendant's alleged actions, any finding of liability on a class-wide basis would violate Defendant's rights under the due process clause of the California constitution, the U.S. Constitution, and any other applicable state constitutions.

3. The recovery of restitution, if any, by Plaintiffs or putative class members who were not subject to any alleged misconduct by Defendant or for whom any alleged misconduct by Defendant did not cause any injury violates Defendant's right to due process under the California Constitution, the U.S. Constitution, and any other applicable state constitutions.

4. To the extent that Defendant is not permitted to conduct discovery and introduce evidence as to each and every class member's individual claims, any finding of liability on a class-wide basis would violate Defendant's rights under the California Constitution, the U.S. Constitution, and any other applicable state constitutions.

5. The Complaint, and each and every count therein, fails to state a cause of action or claim upon which relief can be granted.

6. Plaintiffs' and putative class members' claims are barred, in whole or in part, by the doctrine of laches, waiver, or estoppel.

7. The claims of Plaintiffs or putative class members are barred, in whole or in part, by the doctrine of unclean hands.

8. Plaintiffs and some or all putative class members have suffered no

cognizable injury and do not have standing to assert claims, including lacking standing to pursue injunctive relief.

9. Plaintiffs and some or all putative class members lack standing to bring claims under the statutes upon which their claims are stated.

10. Plaintiffs' and putative class members' claims are barred, in whole or in part, by the failure to join necessary or indispensable parties.

11. If Plaintiffs or some or all putative class members recovers any damages, such award must be reduced by all damages attributable to their failure to take appropriate action and mitigate damages prior to and subsequent to the institution of this action.

12. Any damage, loss, or liability sustained by Plaintiffs or some or all putative class members must be reduced, diminished, and/or barred in proportion to the wrongful conduct or persons or entities other than Defendant, including third parties, under the principles of equitable allocation, recoupment, set-off or offsets, proportionate responsibility, and/or comparative fault. Any liability found on the part of Defendant, and any damages awarded in favor of Plaintiffs or putative class members, are subject to the common law comparative fault rules of California and any other applicable state law, and Defendant cannot be liable for more than its proportional share of any damages awarded. Further, pursuant to any applicable state law, any damages awarded to Plaintiffs or putative class members are subject to apportionment by the jury, if any, of the total fault of all participants in the incidents alleged, including Plaintiffs and non-parties.

13. Plaintiffs' and putative class members' claims are barred to the extent Plaintiffs seek excessive statutory or punitive damages in violation of due process under the U.S. Constitution and applicable state constitutional provisions.

14. Plaintiffs and putative class members are not entitled to injunctive relief because any alleged injury to them is not immediate or irreparable and they have an

adequate remedy at law.

15.     Plaintiffs and putative class members are not entitled to monetary recovery because damages, if any, are too speculative.

16.     The claims of Plaintiffs or putative class members are barred, in whole or in part, because they had equal or superior knowledge of relevant facts.

17.     Plaintiffs' and putative class members' claims are barred, in whole or in part, because they seek to impose an excessive fine within the meaning of the Excessive Fines and Penalties Clause of the Eighth Amendment to the U.S. Constitution and applicable state constitutional provisions.

18.     Plaintiffs and putative class members are not entitled to interest, attorney's fees, or costs in connection with this action.

19.     To the extent any relief sought by Plaintiff or putative class members would be duplicative of relief sought by Plaintiffs or other plaintiffs in other lawsuits, subjecting Defendant to the possibility of multiple recoveries, such recovery is barred by the Fifth and Eighth Amendments of the U.S. Constitution and applicable state constitutional provisions.

20.     The claims of Plaintiffs or putative class members are barred, in whole or in part, by applicable statutes of limitations.

21.     The claims of Plaintiffs or putative class members are barred, in whole or in part, by contractual limitations clauses, including limitation of remedies or liability clauses.

22.     The claims of Plaintiffs or putative class members are barred, in whole or in part, by applicable forum selection or venue clauses.

23.     The claims of Plaintiffs or putative class members are barred, in whole or in part, by applicable notice and cure provisions or other unsatisfied conditions precedent to participating in this lawsuit.

24.     The claims of Plaintiffs or putative class members are barred, in whole

or in part, by the doctrine of release or accord and satisfaction, including but not limited to because of settlements or amendments.

25. The claims of Plaintiffs or putative class members are barred, in whole or in part, by the doctrines of acquiescence, implied acceptance, novation, or ratification.

26. Plaintiffs' and putative class members' claims against Defendant are barred, in whole or in part, because any alleged actions made by Defendant were consented to by Plaintiff and/or putative class members.

27. Defendant presently has insufficient knowledge or information upon which to form a belief as to whether they may have additional, unstated defenses. On that basis, Defendant reserves the right to amend and/or supplement this Answer to assert additional defenses in the event discovery indicates that additional defenses are appropriate. In doing so, Defendant specifically reserves its Federal Rule of Civil Procedure 12(b) defenses.

## **DEFENDANT'S PRAYER FOR RELIEF**

Defendant prays for judgment as follows:

1. That Plaintiffs take nothing by way of the Complaint;

2. That this case no longer continue as a purported class action;

3. That judgment be entered in favor of Defendant and against Plaintiffs and that the Complaint be dismissed with prejudice;

4. That Defendant be awarded its costs of suit incurred in the defense of this action;

5. For a jury trial on all issues so triable; and

6. For any such other relief as this Court deems proper.

Dated: December 12, 2025

SIDLEY AUSTIN LLP

By: _/s/ Amy P. Lally_
    Amy P. Lally
    Angela C. Zambrano

*Attorneys for Defendant Dave &*
*Buster's Entertainment, Inc.*