United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KENT, et al.,<br>Plaintiffs,<br>v.<br>DAVE & BUSTER'S ENTERTAINMENT, INC.,<br>Defendant. | Case No. 25-cv-08937-TSH<br><br>***TENTATIVE* CASE MANAGEMENT ORDER** |

The January 15, 2026 case management conference shall take place by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/. Prior to the conference, the Court issues this tentative case management order so the parties can prepare to meaningfully discuss the schedule for this case. All questions should be directed to the undersigned's Courtroom Deputy at tshcrd@cand.uscourts.gov or (415) 522-4067.

| **SUMMARY OF CASE MANAGEMENT DEADLINES** | |
|---|---|
| Deadline for Plaintiffs to file motion for class certification and any expert reports in support thereof | 1/14/2027 |
| Deadline for Defendant to oppose motion for class certification and produce any expert reports in support of its opposition<br><br>Deadline for Defendant to file any motions to exclude Plaintiffs' experts | 2/25/2027 |

| | |
|---|---|
| Deadline for Plaintiffs to file reply in support of motion for class certification<br><br>Deadline for Plaintiffs to oppose any motions to exclude Plaintiffs' experts<br><br>Deadline for Plaintiffs to file any motions to exclude Defendant's experts | 4/8/2027 |
| Deadline for Defendant to file reply in support of any motion to exclude Plaintiffs' experts<br><br>Deadline for Defendant to oppose any motions to exclude Defendant's experts | 5/6/2027 |
| Deadline for Plaintiffs to file reply in support of any motion to exclude Defendant's experts | 5/27/2027 |
| Hearing on Class Certification Motion | 7/1/2027 |
| Further Case Management Conference (after ruling on class certification) | To be scheduled |

**A. Alternative Dispute Resolution**

The Court shall discuss ADR with the parties at the January 15 conference.

**B. Discovery**

The parties shall abide by the undersigned's Discovery Standing Order, available on the Court's website at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

**C. Transcripts**

Any party requesting a daily transcript or real time reporting must submit a request at least 14 days in advance of the trial. Instructions are located at https://cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/. Any questions should be directed to the court reporter supervisor.

**D. Courtroom Technology**

All parties are instructed to review the information regarding the use of courtroom technology and electronic evidence presentation, which is provided on the Court's web site at http://cand.uscourts.gov/courtroomtech, and to prepare accordingly. Questions and/or requests to

pre-test equipment should be sent to the courtroom deputy.

The United States Marshal requires a court order for electronic equipment to be brought into the courthouse. If any party will use their own equipment, a proposed order must be filed at least seven days in advance of the trial or hearing date.

**IT IS SO ORDERED.**

Dated: January 9, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California