**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
  todd@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KENT and MARIA SALINAS, individually and behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DAVE & BUSTER'S ENTERTAINMENT, INC., <br><br> Defendant. | Case No. 3:25-cv-08937-TSH <br><br> NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant hereby stipulate to the voluntarily dismissal of all of Plaintiffs' claims in this action with prejudice and without prejudice to putative class members. All parties shall bear their own attorneys' fees and costs.

Dated: April 17, 2026

GUTRIDE SAFIER LLP


*/s/Seth A. Safier/s/*
Seth A. Safier
  seth@gutridesafier.com

*Attorneys for Plaintiff*

SIDLEY AUSTIN LLP

*/s/Amy P. Lally/s/*
Amy P. Lally, SBN 198555
alally@sidley.com

NOTICE OF VOLUNTARY DISMISSAL